UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

GEOFFREY BRETON, :
        Plaintiff, :
      :
   v. : No. 5:21-cv-05229
      :
TITLEMAX OF DELAWARE, INC., and :
TRACY YOUNG, :
        Defendants. :

# O R D E R

**AND NOW**, this 21st day of March, 2022, upon consideration of Defendants' Motion to Dismiss, ECF No. 8, Plaintiff's response thereto, ECF No. 9, in which Plaintiff opposes dismissal of Count I but consents to the dismissal of Count II, and for the reasons set forth in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

Defendants' Motion, ECF No. 8, is **GRANTED in part** and **DENIED in part** as follows:

    a.    Defendants' motion is **DENIED** with respect to Plaintiff's claim in Count I of the Complaint. Count I may proceed as pleaded.

    b.    Defendants' motion is **GRANTED** with respect to Plaintiff's claim in Count II of the Complaint. Count II is **DISMISSED without prejudice.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge